IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN MAURICE DILLARD, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 7:20-cv-00727 |
| v. | ) ) | **MEMORANDUM OPINION** |
| UNNAMED, | ) ) ) | By:   Hon. Thomas T. Cullen United States District Judge |
| Defendant. | ) | |

Plaintiff John Maurice Dillard, a former inmate proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983. After filing the action, Dillard advised the court that he had been released from incarceration. (*See* ECF No. 13.) By order entered May 18, 2021, the court advised Dillard that because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 16.) The court directed Dillard to pay the balance of the filing fee or otherwise respond to the order within 10 days. (*Id.*) The court warned Dillard that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of this action without prejudice. (*Id.*) Dillard has not responded to the court's order, and the time for doing so has expired. Accordingly, the court will dismiss this action without prejudice for failure to comply.

**ENTERED** this 10th day of June, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE